# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**APRIL BELL, on behalf of herself**
**and others similarly situated**                                                                **PLAINTIFF**

**v.**                                    **4:06CV0485-WRW**

**ACXIOM CORPORATION**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claim be DISMISSED.

DATED this 3rd day of October, 2006.

                                                    /s/Wm. R. Wilson, Jr.
                                       UNITE  STATES DISTRICT JUDGE